# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

JESSIE COOK                                                  PLAINTIFF

V.                                       CIVIL ACTION NO. 1:22-CV-170-GHD-RP

SAM'S EAST, INC., et al.                                DEFENDANTS

## ORDER SUBSTITUTING PARTY

This matter is before the court on the parties' joint *ore tenus* motion to substitute Sam's East, Inc. for the defendant incorrectly named in the complaint as Sam's West, Inc. The court finds the request is well taken and should be **GRANTED**. Sam's East, Inc. is substituted as the defendant in place of Sam's West, Inc. The Clerk of Court is directed to change the style on the docket to reflect the new, properly designated defendant, and the parties are directed to observe this change in future filings.

**SO ORDERED,** this the 9th day of January, 2023.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE